1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA ABUNDEZ, an Individual,<br><br>             Plaintiff,<br><br>    v.<br><br>SKY CHEFS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-03919-JEM<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Complaint Filed:  March 20, 2020<br>Trial Date:       None<br>Magistrate Judge: Hon. John E. McDermott<br>                   Courtroom 640, Roybal |

18
19
20
21
22
23
24
25
26
27
28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of plaintiff Silvia Abundez and defendant Sky Chefs, Inc. (collectively, the "Parties"), IT IS HEREBY ORDERED that:

1.     All claims for relief in the instant action brought by and on behalf of plaintiff Silvia Abundez are hereby dismissed with prejudice;

2.     Since all claims for relief herein have been dismissed with prejudice, the entire action is hereby dismissed; and

3.     The Parties shall bear costs and attorneys' fees pursuant to the written agreement of the Parties.

Dated: 11 | 12 | 2020

Honorable John E. McDermott
UNITED STATES MAGISTRATE JUDGE

1                          Case No. 2:20-cv-03919-JEM
[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE